**FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

NO. 28583

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
JENARO TORRES, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CRIMINAL NO. 05-1-2556)

ORDER OF CORRECTION

(By: Nakamura, Chief Judge, Fujise, and Leonard, JJ.)

The Opinion of the court filed on December 15, 2009, as amended by the Order Granting Motion for Reconsideration to Correct Footnote and Amending Opinion filed on January 4, 2010, is hereby corrected as follows:

1.   On page 7, in the third line from the bottom of the page, the word "though" should be replaced with "through" so that as corrected, the text reads as follows: "through phone conversations while she was working . . . ."

2.   On page 38, in the second line from the bottom of the page, the word "overhead" should be replaced with "overheard" so that as corrected, the text reads as follows: "overheard Sergeant Rozkiewicz's radio conversation . . . ."

3.   On page 40, in the last line of the page, the year "2004" should be replaced with "1994" so that as corrected, the text reads as follows: "was assigned to the investigation in September 1994."

The clerk of the court is directed to incorporate the foregoing changes in the original opinion and take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, January 7, 2010.

Chief Judge

Associate Judge

Associate Judge